IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATHANIEL J. BROWN,

    **Plaintiff,**

v.                                            CASE NO. 4:13-cv-21-MW/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    **Defendants.**

_____

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 4, filed January 24, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The Court shall enter judgment stating "this case is **DISMISSED WITHOUT PREJUDICE** for abuse of the judicial process and pursuant to 28 U.S.C.§1915(g) three-strikes bar." The Clerk shall close the file.

SO ORDERED on February 19, 2013.

                                                      s/Mark E. Walker
                                                      United States District Judge